# United States Court of Appeals
## For the Eighth Circuit

_____

No. 25-1665
_____

Alexander Nelson

*Plaintiff - Appellant*

v.

American Modern Insurance Group, Inc.

*Defendant - Appellee*

_____

Appeal from United States District Court
for the District of Minnesota

_____

Submitted: January 28, 2026
Filed: February 2, 2026
[Unpublished]

_____

Before SMITH, SHEPHERD, and ERICKSON, Circuit Judges.

_____

PER CURIAM.

Alexander Nelson appeals the district court's[1] adverse grant of summary judgment in his removed civil action. After careful review of the record and the

_____

[1]The Honorable Laura M. Provinzino, United States District Judge for the District of Minnesota.

parties' arguments on appeal, we conclude that the grant of summary judgment was proper. <u>See</u> <u>Segal v. Metro. Council</u>, 29 F.4th 399, 403 (8th Cir. 2022) (grant of summary judgment is reviewed de novo). Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B.

_____